|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| B. P., et al., | CASE NO. C23-0890JLR |
|---|---|
| Plaintiffs, | ORDER |
| v. |  |
| ALEJANDRO MAYORKAS, et al., |  |
| Defendants. |  |

Before the court is Plaintiffs B.P. and L.E.S.'s (together, "Plaintiffs") motion for a protective order permitting them to proceed in this action using only the first initials of their first and last names.  (Mot. (Dkt. # 2).)  Defendants did not file a response to Plaintiffs' motion.[1]  (*See* Dkt.)  The court has reviewed the motion and the governing

//

//

---

[1] "Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."  Local Rules W.D. Wash. LCR 7(b)(2).

ORDER - 1

law. Being fully advised, the court GRANTS Plaintiffs' motion and ORDERS as follows:

1. Plaintiffs' motion is granted. There is a strong public interest in restricting the identity of asylum seekers from the public. *See* 8 C.F.R. §§ 208.6, 1208.6 (2014). Plaintiffs B.P. and L.E.S. have demonstrated a reasonable fear of severe harm to themselves if their identities are disclosed; the public interest favors their remaining anonymous; and Defendants are not injured since Plaintiffs' identities are not being withheld from them.

2. Plaintiffs B.P. and L.E.S. shall proceed in this action using only the first initials of their first and last names and their identities shall remain confidential to all but this court and Defendants.

3. Defendants shall use only B.P. and L.E.S.'s initials in all of their filings, including all exhibits in which their names appear.

4. Nothing in this order shall be construed as limiting or precluding Defendants from using B.P. and L.E.S.'s full names and identities or information derived from their full names and identities in the ordinary course of Defendants' lawful business as allowed by law or from sharing their full names and identities with other government entities and as done in Defendants' ordinary course of business as allowed by law.

Dated this 5th day of July, 2023.

JAMES L. ROBART
United States District Judge