UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| B.P. & L.E.S., | Case No. 2:23−cv−00890−JLR |
| Plaintiffs, | STIPULATED MOTION [~~AND PROPOSED ORDER~~] TO EXTEND JOINT STATUS REPORT DEADLINES |
| v. | |
| DREW BOSTOCK, et al., | NOTED FOR CONSIDERATION ON: |
| Defendants. | July 6, 2023 |

Having timely concluded an initial FRCP 26(f) initial conference on July 5, 2023, the parties in this matter request a 60-day extension of deadlines in the Joint Status Report, Dkt. No. 7, in order to provide time to attempt to resolve the matter without discovery and litigation. Accordingly, the undersigned parties, subject to this Court's approval, stipulate to extend the initial scheduling dates as follows:

Initial Disclosures Pursuant to FRCP 26(a)(1):     **9/23/2023**

Combined Joint Status Report:     **9/30/2023**

Dated this 6th day of July, 2023.

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite. 400
Seattle, WA 98104
Tel. (206) 957-8628

1

     /s/  Christopher Strawn                                   /s/ Nickolas Bohl                        _____
2  Christopher Strawn                               Nickolas Bohl

3  Matthew Adams, WSBA 28287                         Nickolas Bohl
4  Christopher Strawn, WSBA No. 32243               U.S. Attorney's Office
   Northwest Immigrant Rights Project               700 Stewart Street, Suite 5220
5  615 Second Avenue, Suite 400                     Seattle, WA 98101
6  Seattle, WA  98104                               (206) 553-4639
   (206) 957-8628                                   nickolas.bohl@usdoj.gov
7  matt@nwirp.org
8  chris@nwirp.org

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. Ext. JSR deadlines - 2
B.P. v. Bostock, 2:23−cv−00890−JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite. 400
Seattle, WA 98104
Tel. (206) 957-8628

**[PROPOSED]** **ORDER ON STIPULATION TO EXTEND JSR DEADLINES**

Pursuant to the stipulation of the parties and for good cause appearing, it is so ordered.


Dated: July 6, 2023


_____
The Honorable James L. Robart
United States District Judge

Stip. Ext. JSR deadlines - 3
B.P. v. Bostock, 2:23−cv−00890−JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite. 400
Seattle, WA 98104
Tel. (206) 957-8628