UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.P. and her minor child L.E.S., <br><br> Plaintiffs, <br><br> v. <br><br> DREW H. BOSTOCK, et al., <br><br> Defendants. | CASE NO. C23-0890-KKE <br><br> ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF |

This matter comes before the Court on the unopposed motion of the National Immigration Litigation Alliance ("NILA") for leave to file an amicus curiae brief in support of Plaintiffs' opposition to Defendants' motion to dismiss. Dkt. No. 20. As it appears that NILA's participation would be useful, the Court GRANTS the unopposed motion (Dkt. No. 20). The Court accepts the amicus brief as filed (Dkt. No. 21).

Dated this 10th day of October, 2023.

Kymberly K. Evanson
United States District Judge

ORDER - 1