District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.P. and her minor child, L.E.S.,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>DREW H. BOSTOCK, Field Office Director for Immigration and Customs Enforcement, Seattle Field Office; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; TAE D. JOHNSON, Acting Director of Immigration and Customs Enforcement; TROY A. MILLER, Acting Commissioner of Customs and Border Protection; MERRICK B. GARLAND, U.S. Attorney General,<br><br>　　　　　　　　　　Defendants. | Case No. 2:23-cv-00890-KKE<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

The Court granted third-party National Immigration Litigation Alliance's (NILA) request to file an amicus brief in support of Plaintiffs' opposition to Defendants' motion to dismiss. Dkt. 23. Separately, the parties have agreed to renote Defendants' motion to dismiss (Dkt. 15) to allow Defendants additional time to prepare their reply. LCR 7(l). Defendants also believe it will be more efficient to respond to both the amicus brief and Plaintiffs' response in one filing and not burden the Court with multiple responses that may overlap. Towards that goal, the parties have stipulated to re-note the motion date for October 27, 2023, and also request that

STIPULATION AND ORDER FOR EXTENSION
OF TIME
2:23-cv-00890-KKE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendants be allowed to file an overlength brief that responds to Plaintiffs' opposition and NILA's amicus brief.  NILA has requested an opportunity to file a reply to Defendants' response, which the parties do not oppose.

Finally, in light of the ongoing briefing, the parties believe there is good cause to postpone the filing of the Joint Status Report until November 13, 2023 as it allows the parties to conserve resources and better focus their efforts on case management after the briefing is complete.

Subject to the Court's approval, the parties stipulate to and request the following:

1. Defendants' motion to dismiss (Dkt. 15) is re-noted to October 27, 2023;

2. Defendants may file in one response their reply to Plaintiffs' opposition and their response to NILA's amicus brief by October 27, 2023, not to exceed 6,200 words;

3. NILA may file a reply to Plaintiffs' response to its amicus brief by November 3, 2023, not to exceed 4,200 words; and

4. The current deadline to file a Joint Status Report is extended from October 13, 2023, until November 13, 2023.

//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:23-cv-00890-KKE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Stipulated to and presented this 12th day of October, 2023.

| | |
|---|---|
| NORTHWEST IMMIGRANT<br>RIGHTS PROJECT<br><br>*s/ Matthew Adams*<br>MATTHEW ADAMS, WSBA No. 28287<br><br>*s/ Christopher Strawn*<br>CHRISTOPHER STRAWN, WSBA No. 32243<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>Phone:  206-957-8628<br>Email: matt@nwirp.org<br>         chris@nwirp.org | TESSA M. GORMAN<br>Acting United States Attorney<br><br>*s/ Nickolas Bohl*<br>Nickolas Bohl, WSBA No. 48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-4639<br>Fax:  206-553-4067<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 283 words, in compliance with the Local Rules |

STIPULATION AND ORDER FOR EXTENSION
OF TIME
2:23-cv-00890-KKE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties' stipulated motion (Dkt. No. 25) is GRANTED, although the Court directs the clerk to RE-NOTE the Defendants' motion to dismiss (Dkt. No. 15) for November 3, 2023, as that is the date on which all of the parties' briefing will be complete. The Court also ORDERS as follows:

1. Defendants may file in one response their reply to Plaintiffs' opposition and their response to NILA's amicus brief by October 27, 2023, not to exceed 6,200 words;

2. NILA may file a reply to Defendants' response to its amicus brief by November 3, 2023, not to exceed 4,200 words; and

3. The current deadline to file a Joint Status Report is extended from October 13, 2023, until November 13, 2023.

DATED this 12th day of October, 2023.

_____
Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER FOR EXTENSION
OF TIME
2:23-cv-00890-KKE - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970