District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.P. and her minor child, L.E.S., <br><br> Plaintiffs, <br><br> v. <br><br> DREW H. BOSTOCK, Field Office Director for Immigration and Customs Enforcement, Seattle Field Office; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; TAE D. JOHNSON, Acting Director of Immigration and Customs Enforcement; TROY A. MILLER, Acting Commissioner of Customs and Border Protection; MERRICK B. GARLAND, U.S. Attorney General, <br><br> Defendants. | Case No. 2:23-cv-00890-KKE <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

The parties have restarted discussions aimed towards resolving this matter.  As such, the parties believe their efforts are best spent towards achieving that goal and also do not want the Court to expend resources unnecessarily on deciding issues that may soon be moot.  Thus, the parties believe there is good cause for a brief two-week extension of the current deadlines recently set by the Court.  Dkt. 26.

Subject to the Court's approval, the parties stipulate to and request the following:

STIPULATION AND ORDER FOR EXTENSION
OF TIME
2:23-cv-00890-KKE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. Defendants' motion to dismiss (Dkt. 15) is re-noted from November 3, 2023, to November 17, 2023;

2. Defendants' response is extended from October 27, 2023 until November 9, 2023;

3. Amicus party National Immigration Litigation Association may file a reply to Defendants' response to its amicus brief by November 17, 2023; and

4. The current deadline to file a Joint Status Report is extended from November 13, 2023, until November 27, 2023.

Stipulated to and presented this 25th day of October, 2023.

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT | TESSA M. GORMAN<br>Acting United States Attorney |
| *s/ Matthew Adams*<br>MATTHEW ADAMS, WSBA No. 28287 | *s/ Nickolas Bohl*<br>Nickolas Bohl, WSBA No. 48978<br>Assistant United States Attorney |
| *s/ Christopher Strawn*<br>CHRISTOPHER STRAWN, WSBA No. 32243<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>Phone:  206-957-8628<br>Email:  matt@nwirp.org<br>          chris@nwirp.org | United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-4639<br>Fax:  206-553-4067<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 153 words, in compliance with the Local Rules |

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:23-cv-00890-KKE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties' stipulated motion is GRANTED. Dkt. No. 27. The clerk is directed to re-note the pending motion to dismiss (Dkt. No. 15) to November 17, 2023.

DATED this 26th day of October, 2023.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER FOR EXTENSION
OF TIME
2:23-cv-00890-KKE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970