District Judge Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| B.P. and her minor child, L.E.S., <br><br> Plaintiffs, <br> v. <br><br> DREW H. BOSTOCK, Field Office Director for Immigration and Customs Enforcement, Seattle Field Office; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; TAE D. JOHNSON, Acting Director of Immigration and Customs Enforcement; TROY A. MILLER, Acting Commissioner of Customs and Border Protection; MERRICK B. GARLAND, U.S. Attorney General, <br><br> Defendants. | Case No. 2:23-cv-00890-KKE <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

The parties are continuing to work towards resolving this matter. Undersigned counsel for Defendants has been in significant contact with necessary government agencies since the Court's last extension working on a means to resolve this matter without further litigation. As such, the parties believe their efforts are best spent towards achieving that goal and continue to want to avoid the Court having to expend resources unnecessarily on deciding issues that may soon be moot. Thus, the parties believe there is good cause for a further three-week extension of the current deadlines recently set by the Court. Dkt. 28. This is in part time to give Amicus

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:23-cv-00890-KKE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

sufficient time to prepare any response without intruding on the Thanksgiving holiday if such a response becomes necessary.  Further, it will hopefully avoid the parties having to return to the Court for piecemeal extensions.

Subject to the Court's approval, the parties stipulate to and request the following:

1. Defendants' motion to dismiss (Dkt. 15) is re-noted from November 17, 2023, to December 8, 2023;

2. Defendants' response is extended from November 9, 2023 until November 27, 2023;

3. Amicus party National Immigration Litigation Association may file a reply to Defendants' response to its amicus brief by December 8, 2023; and

4. The current deadline to file a Joint Status Report is extended from December 4, 2023, until January 4, 2023.

Stipulated to and presented this 8th day of November, 2023.

| | |
|---|---|
| NORTHWEST IMMIGRANT<br>RIGHTS PROJECT | TESSA M. GORMAN<br>Acting United States Attorney |
| *s/ Matthew Adams*<br>MATTHEW ADAMS, WSBA No. 28287 | *s/ Nickolas Bohl*<br>Nickolas Bohl, WSBA No. 48978<br>Assistant United States Attorney |
| *s/ Christopher Strawn*<br>CHRISTOPHER STRAWN, WSBA No. 32243<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>Phone:  206-957-8628<br>Email: matt@nwirp.org<br>         chris@nwirp.org | United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-4639<br>Fax:  206-553-4067<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 226 words, in compliance with the Local Rules |

STIPULATION AND ORDER FOR EXTENSION
OF TIME
2:23-cv-00890-KKE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties' stipulated motion (Dkt. No. 29) is GRANTED. The clerk is directed to RE-NOTE Defendants' motion to dismiss (Dkt. No. 15) to December 8, 2023. Defendants may file their response by November 27, 2023, and Amicus party National Immigration Litigation Association may file a reply by December 8, 2023. The deadline to file a joint status report is extended to January 4, 2024.

DATED this 9th day of October, 2023.

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:23-cv-00890-KKE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970