District Judge Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| B.P. and her minor child, L.E.S.,<br><br>                     Plaintiffs,<br>    v.<br><br>DREW H. BOSTOCK, Field Office Director for Immigration and Customs Enforcement, Seattle Field Office; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; TAE D. JOHNSON, Acting Director of Immigration and Customs Enforcement; TROY A. MILLER, Acting Commissioner of Customs and Border Protection; MERRICK B. GARLAND, U.S. Attorney General,<br><br>                     Defendants. | Case No. 2:23-cv-00890-KKE<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants' motion to dismiss is currently pending and oral argument is scheduled for that motion on January 9, 2024. In light of that, the parties believe it is best to focus their efforts on preparing for argument and addressing the threshold jurisdiction issues that are before the Court. Thus, there is good cause for, and the parties stipulate to a brief extension of the current deadlines set by the Court regarding initial disclosures and a joint status conference.

Subject to the Court's approval, the parties stipulate to and request the following:

STIPULATION AND ORDER FOR EXTENSION
OF TIME
2:23-cv-00890-KKE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The current deadline to file a Joint Status Report and serve initial disclosures is extended until February 5, 2024.

Stipulated to and presented this 4th day of January, 2024.

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT | TESSA M. GORMAN<br>Acting United States Attorney |
| *s/ Matthew Adams*<br>MATTHEW ADAMS, WSBA No. 28287 | *s/ Nickolas Bohl*<br>Nickolas Bohl, WSBA No. 48978<br>Assistant United States Attorney |
| *s/ Christopher Strawn*<br>CHRISTOPHER STRAWN, WSBA No. 32243<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>Phone:  206-957-8628<br>Email:  matt@nwirp.org<br>          chris@nwirp.org | United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-4639<br>Fax:  206-553-4067<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 111 words, in compliance with the Local Rules |

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:23-cv-00890-KKE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties' stipulated motion (Dkt. No. 35) is GRANTED. The deadline to file a Joint Status Report and serve initial disclosures is extended until February 5, 2024.

DATED this 5th day of January, 2024.

_____
Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:23-cv-00890-KKE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970