District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.P. and her minor child, L.E.S., <br><br>                  Plaintiffs, <br>      v. <br><br> DREW H. BOSTOCK, Field Office Director for Immigration and Customs Enforcement, Seattle Field Office; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; TAE D. JOHNSON, Acting Director of Immigration and Customs Enforcement; TROY A. MILLER, Acting Commissioner of Customs and Border Protection; MERRICK B. GARLAND, U.S. Attorney General, <br><br>                  Defendants. | Case No. 2:23-cv-00890-KKE <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants' motion to dismiss is currently pending. The parties believe that the Court's decision on that order will define the scope of necessary discovery, if any. In light of that, the parties believe it is best to preserve their resources and wait to determine how to approach discovery and other pretrial issues and scheduling until after the Court issues its order. Thus, there is good cause for, and the parties stipulate to extending the current deadlines set by the Court regarding initial disclosures and a Joint Status Report until two weeks after the Court issues its order regarding Defendants' pending motion to dismiss.

STIPULATION AND ORDER FOR EXTENSION
OF TIME
2:23-cv-00890-KKE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Subject to the Court's approval, the parties stipulate to and request the following:

1. The current deadline to file a Joint Status Report and serve initial disclosures is extended until two weeks from the date the Court issues an order on Defendants' pending motion to dismiss.

Stipulated to and presented this 5th day of February, 2024.

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT | TESSA M. GORMAN<br>United States Attorney |
| *s/ Matthew Adams*<br>MATTHEW ADAMS, WSBA No. 28287 | *s/ Nickolas Bohl*<br>Nickolas Bohl, WSBA No. 48978<br>Assistant United States Attorney |
| *s/ Christopher Strawn*<br>CHRISTOPHER STRAWN, WSBA No. 32243<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>Phone: 206-957-8628<br>Email: matt@nwirp.org<br>          chris@nwirp.org | United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-4639<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 159 words, in compliance with the Local Rules |

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:23-cv-00890-KKE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties' stipulated motion for extension of initial case deadlines (Dkt. No. 38) is GRANTED. The previous deadlines (Dkt. No. 36) are VACATED. Any necessary case deadlines will be set after the pending motion to dismiss is resolved.

DATED this 7th day of February, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER FOR EXTENSION
OF TIME
2:23-cv-00890-KKE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970