District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.P. and her minor child, L.E.S., <br><br> Plaintiffs, <br><br> v. <br><br> DREW H. BOSTOCK, Field Office Director for Immigration and Customs Enforcement, Seattle Field Office; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; TAE D. JOHNSON, Acting Director of Immigration and Customs Enforcement; TROY A. MILLER, Acting Commissioner of Customs and Border Protection; MERRICK B. GARLAND, U.S. Attorney General, <br><br> Defendants. | Case No. 2:23-cv-00890-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT INVOLVING CLAIMS OF A MINOR |

**ORDER**

Upon consideration of the parties Stipulated Motion to Approve Settlement Involving Claims of a Minor, and finding that Plaintiffs have complied with Local Rules W.D. Wash. LCR 17(c) and that there is good cause, the motion (Dkt. No. 44) is GRANTED.

IT IS FURTHER ORDERED that:

1. Pursuant to LCR 17(c), the Court affirmatively finds that L.E.S. is represented by independent counsel;

2. The settlement set forth in the Parties' motion is in the best interests of L.E.S.;

3. The Court approves the settlement set forth in the Parties' motion;

4. Plaintiff B.P. is hereby authorized to sign the final settlement agreement on behalf of her child, L.E.S.

Dated this 5th day of August, 2024.

Kymberly K. Evanson
United States District Judge

Presented by:

TESSA M. GORMAN
United States Attorney

s/ Nickolas Bohl
NICKOLAS BOHL, WSBA No. 48978
MICHELLE R. LAMBERT, NYS No. 4666657
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart St., Ste. 5220, Seattle, WA 98101
Phone: 206-553-7970 / Fax:   206-553-4067
Email: nickolas.bohl@usdoj.gov
            michelle.lambert@usdoj.gov

*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION TO APPROVE
SETTLEMENT INVOLVING CLAIMS OF A MINOR
[Case No. 2:23-cv-00890-KKE] - 2

NORTHWEST IMMIGRANT RIGHTS PROJECT

*s/ Matthew Adams*
MATTHEW ADAMS, WSBA No. 28287

*s/ Christopher Strawn*
CHRISTOPHER STRAWN, WSBA No. 32243
615 Second Ave., Ste. 400, Seattle, WA 98104
Phone: 206-957-8628 / Fax: 206-587-4025
Email: matt@nwirp.org
          chris@nwirp.org

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION TO APPROVE
SETTLEMENT INVOLVING CLAIMS OF A MINOR
[Case No. 2:23-cv-00890-KKE] - 3